UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     Hon. Dennis M. Cavanaugh
                             :     Crim. No. 07-686 (DMC)
        v.                   :
                             :          CONTINUANCE ORDER
ELLIOT MUNFORD               :
                             :
                             :

    This matter having come before the Court on the joint

application of Christopher J. Christie, United States Attorney

for the District of New Jersey (by David E. Malagold, Assistant

U.S. Attorney), and defendant Elliot Munford (by Chester Keller,

Esq.) for an order granting a continuance of the proceedings in

the above-captioned matter, and the defendant being aware that he

has the right to have the matter brought to trial within 70 days

of the date of the indictment pursuant to Title 18 of the United

States Code, Section 3161(c)(1), and as the defendant has

requested and consented to such a continuance, and for good and

sufficient cause shown,

    IT IS THE FINDING OF THIS COURT that this action should be

continued for the following reasons:

        i.    Plea negotiations regarding a possible disposition

              are currently in progress, and both the United

              States and the defendant desire additional time to

              meet and confer regarding a disposition, which

              would render trial of this matter unnecessary and

save judicial resources;

ii. Defendant has consented to and requested the aforementioned continuance;

iii. Should plea negotiations not result in a disposition, counsel for the defendant will need additional time to review discovery materials, file motions and prepare for trial;

iv. Pursuant to Title 18 of the United States Code, Section 3161(h)(8)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial;

v. Pursuant to Title 18 of the United States Code, Section 3161(h)(8)(B)(i), failure to grant this continuance would result in a miscarriage of justice;

vi. Pursuant to Title 18 of the United States Code, Section 3161(h)(8)(B)(iv), failure to grant this continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

WHEREFORE, on this __24th__ day of _SEPTEMBER_, 2008,

IT IS ORDERED that trial in this matter is continued from September 22, 2008 to ~~November 24~~, 2008;
December 8

Defense motions are due October 8, 2008.

Responses are due October 22, 2008

The motions shall be heard October 29, 2008.

IT IS FURTHER ORDERED that the period from September 22, 2008, to ~~November 24~~ December 8, 2008, inclusive, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8); and

Nothing in this order shall preclude a finding that additional periods of time are excludable pursuant to the Speedy Trial Act of 1974.

HON. DENNIS M. CAVANAUGH
United States District Judge

Consented to by:

CHESTER KELLER, ESQ.
Counsel for Defendant

DAVID E. MALAGOLD
Assistant United States Attorney